# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| BOARD OF SUPERVISORS OF WILLISTOWN TOWNSHIP, | : | No. 41 MAL 2016 |
| | : | |
| Respondent | : | Petition for Allowance of Appeal from the Order of the Commonwealth Court |
| | : | |
| v. | : | |
| | : | |
| MAIN LINE GARDENS, INC. AND COFFMAN ASSOCIATES, LLC, | : | |
| | : | |
| Petitioners | : | |
| BOARD OF SUPERVISORS OF WILLISTOWN TOWNSHIP, | : | No. 42 MAL 2016 |
| | : | |
| Respondents | : | Petition for Allowance of Appeal from the Order of the Commonwealth Court |
| | : | |
| v. | : | |
| | : | |
| MAIN LINE GARDENS, INC. AND COFFMAN ASSOCIATES, LLC, | : | |
| | : | |
| Petitioners | : | |
| BOARD OF SUPERVISORS OF WILLISTOWN TOWNSHIP, | : | No. 43 MAL 2016 |
| | : | |
| Respondent | : | Petition for Allowance of Appeal from the Order of the Commonwealth Court |
| | : | |
| v. | : | |
| | : | |
| MAIN LINE GARDENS, INC. AND COFFMAN ASSOCIATES, LLC, | : | |
| | : | |
| Petitioners | : | |

| | | |
|---|---|---|
| BOARD OF SUPERVISORS OF WILLISTOWN TOWNSHIP, REPONDENT | : | No. 44 MAL 2016 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| v. | : | the Order of the Commonwealth Court |
| | : | |
| | : | |
| MAIN LINE GARDENS, INC. AND COFFMAN ASSOCIATES, LLC, | : | |
| | : | |
| Petitioners | : | |

| | | |
|---|---|---|
| BOARD OF SUPERVISORS OF WILLISTOWN TOWNSHIP, | : | No. 45 MAL 2016 |
| | : | |
| | : | |
| Respondent | : | Petition for Allowance of Appeal from |
| | : | the Order of the Commonwealth Court |
| | : | |
| v. | : | |
| | : | |
| | : | |
| MAIN LINE GARDENS, INC. AND COFFMAN ASSOCIATES, LLC, | : | |
| | : | |
| Petitioners | : | |

| | | |
|---|---|---|
| BOARD OF SUPERVISORS OF WILLISTOWN TOWNSHIP, | : | No. 46 MAL 2016 |
| | : | |
| | : | |
| Respondent | : | Petition for Allowance of Appeal from |
| | : | the Order of the Commonwealth Court |
| | : | |
| v. | : | |
| | : | |
| | : | |
| MAIN LINE GARDENS, INC. AND COFFMAN ASSOCIATES, LLC, | : | |
| | : | |
| Petitioners | : | |

## <u>ORDER</u>

**PER CURIAM**

[41 MAL 2016, 42 MAL 2016, 43 MAL 2016, 44 MAL 2016, 45 MAL 2016 and 46 MAL 2016] - 2

**AND NOW**, this 7th day of June, 2016, the Petition for Allowance of Appeal is **GRANTED**. The issue presented by petitioner and rephrased for clarity is as follows: under Rule 227.1 of the Pennsylvania Rules of Civil Procedure, where a trial court rules on post-trial motions and expresses reliance on previously filed briefs that fully argue the post-trial issues, may an appellate court nevertheless dismiss the appeal for failure to file an accompanying brief?